IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,                  No. CIV 07-2118-FCD-CMK-P

    Plaintiff,

  vs.                                FINDINGS AND RECOMMENDATIONS

SCHWARZENEGGER, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request to voluntarily dismiss this action (Doc. 14).  Plaintiff indicates he no longer wishes to proceed in this action at this time and asks for his complaint to be dismissed without prejudice. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff's request should be honored.   Accordingly, the undersigned recommends that this case be dismissed without prejudice.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1 | Findings and Recommendations." Failure to file objections within the specified time may waive
2 | the right to appeal. <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 2, 2008

                                                                          _____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE