**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

GARY STEVEN BOWMAN,                   No. CIV 07-2118-FCD-CMK-P

    Plaintiff,

  vs.                                                <u>ORDER</u>

SCHWARZENEGGER, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On June 3, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    The findings and recommendations filed June 3, 2008, are adopted in full;

1  2.  Plaintiff's request that this action be dismissed without prejudice is
2  granted; and
3  3.  The Clerk of the Court is directed to enter judgment and close this case.
4  DATED: August 26, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE